

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

TNC Energy, LLC,

Vs. No. 11-15-00163-CV

Cactus Trucking & Oilfield
Services, LLC,

\* From the 350th District Court
  of Taylor County,
  Trial Court No. 10375-D.

\* August 21, 2015

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered TNC Energy, LLC's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.